UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL CARNEY,<br><br>                Plaintiff,<br><br>    v.<br><br>C. WARNER, *et al.*,<br><br>                Defendants. | Case No. C08-5653 BHS/KLS<br><br>ORDER GRANTING EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |

The Court, having reviewed Plaintiff's motion for extension of time (Dkt. # 8) to respond to the Court's Order to Amend Complaint or Show Cause (Dkt. # 7), and the balance of the record, does hereby ORDER:

(1) Plaintiff's motion for an extension of time (Dkt. # 8) is **GRANTED**. Plaintiff shall file his response **on or before February 27, 2009,** or the Court will enter a report and recommendation that the complaint be dismissed.

(2) The Clerk shall send a copy of this Order to Plaintiff.

DATED this  10th  day of December, 2008.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1