**UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA**

PAUL CARNEY,

            Plaintiff,

  v.

C. WARNER, et al.

            Defendants.

NO. C08-5653 BHS/KLS

ORDER GRANTING EXTENSION OF PRETRIAL DEADLINES

Before the Court is Defendants' Motion for Extension of Time. Dkt. 36. Defendants seek an order extending the dispositive motion filing date 60 days from December 7, 2009 to February 5, 2010, and the joint status report from January 22, 2010 to March 23, 2010. *Id.* The motion is based on increased litigation and shortage of personnel in the Attorney General's Office, and on defense counsel's caseload. *Id.*, pp. 1-2.

The court finds and **ORDERS** that Defendants' Motion for Extension of time (Dkt. 36) shall be **GRANTED as follows:**

(1)    The dispositive motions deadline shall be extended to **February 5, 2010.**

(2)    The parties are directed to confer and provide the court with a joint status report by no later than **March 23, 2010**.

(3) The clerk is directed to send copies of this Order to Plaintiff and to counsel for Defendants.

DATED this  18th  day of December, 2009.

Karen L. Strombom
United States Magistrate Judge