UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL CARNEY, | |
| Plaintiff, | CASE NO. C08-5653BHS |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| C. WARNER, et al., | |
| Defendants. | |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 43). The Court having considered the Report and Recommendation and the remaining record, and no objections by Plaintiff having been filed, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) Plaintiff's claims against Defendant Warner are **DISMISSED** with prejudice because they are barred by the applicable statute of limitations.

DATED this 26th day of February, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER