# United States District Court

WESTERN DISTRICT OF WASHINGTON

PAUL CARNEY,

v.

JUDGMENT IN A CIVIL CASE

No. C08-5653BHS

C. WARNER, et al.,

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) The Court **GRANTS** the Plaintiff's motion for a voluntary dismissal (Dkt. 52) pursuant to the Federal Rules of Civil Procedure Rule 41(a)(2).

|   |   |
|---|---|
| May 25, 2010 | BRUCE RIFKIN |
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk